# EXHIBIT 6

COPY

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

Court of Appeal - Sixth App. Dist.
**FILED**
APR 28 2006
MICHAEL J. YERLY, Clerk
By _____
DEPUTY

| | |
|---|---|
| In re IGNACIO POLVOS PENA,<br><br>on Habeas Corpus. | H029497<br>(Santa Clara County<br>Super. Ct. No. 96973) |

BY THE COURT:

The motion for relief from default to permit filing of informal reply brief is denied.

The petition for writ of habeas corpus is denied.

(Rushing, P.J., Premo, J., and Elia, J., participated in this decision.)

Dated  APR 28 2006                    RUSHING, P.J. _____ P.J.