# EXHIBIT 8

# CALIFORNIA APPELLATE COURTS
## Case Information

**Supreme Court**

Supreme Court

Welcome

Search

E-mail

Calendar

Help

Opinions

c|c home

Change court

Court data last updated: 09/24/2007 10:53 AM

### Case Summary   Docket   Briefs
### Disposition   Parties and Attorneys   Lower Court

## Docket (Register of Actions)

PENA (IGNACIO) ON H.C.
Case Number S143185

| Date | Description | Notes |
|---|---|---|
| 05/08/2006 | Application to file over-length brief filed | By Steven Defilippis counsel for petitioner. (to court for permission to file) |
| 05/08/2006 | Received oversized petition for review | Ignacio Polvos Pena, petitioner. Steven M. Defilippis, counsel. |
| 05/09/2006 | Petition for review filed with permission | Ignacio Pena, petitioner. Steve M. Defilippis, counsel. |
| 05/09/2006 | Record requested | |
| 05/10/2006 | Received Court of Appeal record | one file jacket |
| 06/22/2006 | Time extended to grant or deny review | to 8-7-06 |
| 07/19/2006 | Petition for review denied | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California