1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  DENISE A. YATES, State Bar No. 191073
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5531
     Fax: (415) 703-5843
8    Email: Denise.Yates@doj.ca.gov
   Attorneys for Respondent D. Sisto, Warden at the
9  California State Prison, Solano
   SF2007200689

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

| 15 | **IGNACIO PENA,** | No. C 07-3056 JW (PR) |
|---|---|---|
| 16 | Petitioner, | **RESPONDENT'S REPLY TO PETITIONER'S OPPOSITION TO MOTION TO DISMISS** |
| 17 | v. | |
| 18 | **D.K. SISTO, Warden,** | |
| 19 | Respondent. | |

20

21       Respondent moved to dismiss this petition because pro se petitioner Pena filed it after the

22  one-year statute of limitations had lapsed.  First, the time between Pena's administrative decision

23  and filing his superior court petition, and the time between his California Supreme Court denial

24  and filing this federal petition totaled 543 days.  In his opposition, Pena does not respond to this

25  argument.  Second, Pena unreasonably delayed in filing his appellate court petition 302 days after

26  his superior court petition was denied.  Pena responds that this delay was due to his inability to

27  retrieve his files from his state-appointed attorney.  (Opp'n 2.)  But Pena misses the point that the

28  302-day delay is above and beyond the 543-day delay that already renders his petition untimely.

1  Thus, without explaining the 543-day delay, Pena has not validly opposed Respondent's motion.

2  Accordingly, for the reasons stated herein and in Respondent's motion to dismiss, this Court

3  should grant Respondent's motion and dismiss the petition as untimely.

4  Dated: December 19, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

DENISE A. YATES
Deputy Attorney General

Attorneys for Respondent D. Sisto, Warden at the California State Prison, Solano

---

Resp't's Reply to Pet'r's Opp'n to Mot. to Dismiss                                   *Pena v. Sisto*
                                                                              No. C 07-3056 JW (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   PENA, IGNACIO v. D. K. SISTO, Warden

No.:   C07-03056 JW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 20, 2007**, I served the attached

### RESPONDENT'S REPLY TO PETITIONER'S OPPOSITION TO MOTION TO DISMISS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Ignacio Pena, D-17862**
**California State Prison, Solano**
**2100 Peabody Rd**
**P.O. Box 4000**
**Vacaville, CA 95696-4000**
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 20, 2007**, at San Francisco, California.

_____         _____
         J. Palomino                                                    Signature
          Declarant

40199267.wpd